■ IN THE MATTER OF HENRY F. O'BRIEN, as District Attorney of Suffolk County, Petitioner, v MELVYN TANENBAUM, as Judge of the County Court, County of Suffolk, and DONALD J. P., Respondents.—Proceeding pursuant to CPLR article 78 to prohibit the respondent Judge of the County Court, Suffolk County, from resentencing petitioner Donald Joseph P. (anonymous) under Indictment No. 941-75. Application granted, without costs or disbursements (see *People v Donald J. P.,* 55 AD2d 661. Hopkins, Acting P. J., Martuscello, Latham, Titone and Hawkins, JJ., concur.